DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| In re Estate of Newton<br><br>Case Below:<br>173 N.C. App. 530 | No. 586P05 | Respondent's (Jerry Lewis Newton III) PDR Under N.C.G.S. § 7A-31 (COA04-1508) | Denied 12/01/05 |
| In re J.D.S.<br><br>Case Below:<br>170 N.C. App. 244 | No. 511P05 | Respondant's (Father) PDR Under N.C.G.S. § 7A-31 (COA04-213) | Denied 11/03/05 |
| In re J.W. & K.W.<br><br>Case Below:<br>173 N.C. App. 450 | No. 592A05 | 1. Respondent's (Mother) NOA (Dissent) (COA04-1280)<br><br>2. Respondent's (Mother) PDR as to Additional Issues | 1. —<br><br>2. Allowed 12/01/05 |
| Joyce v. Joyce<br><br>Case Below:<br>167 N.C. App. 371 | No. 033P05 | Plt's PDR Under N.C.G.S. § 7A-31 (COA03-1314) | Denied 12/01/05 |
| Keyzer v. Amerlink, Ltd.<br><br>Case Below:<br>173 N.C. App. 284 | No. 587A05 | 1. Plts' NOA (Dissent) (COA04-1096)<br><br>2. Plts' PDR as to Additional Issues | 1. —<br><br>2. Denied 12/01/05 |
| Keyzer v. Amerlink, Ltd.<br><br>Case Below:<br>172 N.C. App. 592 | No. 593P05 | Plt's PDR Under N.C.G.S. § 7A-31 (COA04-1095) | Denied 12/01/05 |
| Knight Publ'g Co. v. Charlotte-Mecklenburg Hosp. Auth.<br><br>Case Below:<br>172 N.C. App. 486 | No. 549P05 | Plts' PDR Pursuant to N.C.G.S. § 7A-31 (COA04-1252) | Denied 12/01/05 |
| Peden General Contr'rs, Inc. v. Bennett<br><br>Case Below:<br>172 N.C. App. 171 | No. 499P05 | Def's (Carol Bennett d/b/a Brighton Stables) PDR Under N.C.G.S. § 7A-31 (COA04-744) | Denied 12/01/05 |